IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| Plaintiff : | |
| v. : | **CRIMINAL NO. 19-cr-307-6** |
| **RUDY CABRERA** : | |
| Defendant : | |

## ORDER

**AND NOW**, this **12th** day of **August 2025**, upon consideration of Defendant's *pro se* Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 654), the Government's Response (ECF No. 656), the associated exhibits, and for the reasons set forth in the accompanying memorandum, the Motion (ECF No. 654) is **DENIED**.

The Parties shall file any proposed redactions to the Opinion accompanying this Order, along with reasons for the proposed redactions, on or before **September 23, 2025**. *See In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001). If no proposed redactions are filed by **September 23, 2025**, the Clerk of Court shall unseal the Opinion on **September 30, 2025**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**